UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AHMADOU SANKARA,

                     Petitioner,

            -against-               **ORDER**

DANIEL F. MARTUSCELLOR, JR.,      18-CV-6308 (AJN) (KNF)
JEFFREY SEARLS, THOMAS FEELEEY,

                     Respondents.
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In this proceeding for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the petitioner pro se quoted from and referenced his trial transcript. On or before December 19, 2019, the respondent shall file the entire state-court trial transcript.

Dated:   New York, New York
          December 12, 2019            SO ORDERED:

Copy mailed to:
Ahmadou Sankara

                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE