USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHMADOU SANKARA,

                     Petitioner,

                -against-

DANIEL F. MARTUSCELLOR, JR.,
JEFFREY SEARLS, THOMAS FEELEEY,

                   Respondents.
------------------------------------------------------------X

**ORDER**

18-CV-6308 (AJN) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On January 8, 2020, the respondent shall provide to the Court a courtesy copy of the state court transcripts, Docket Entry No. 35, in this action.

Dated: New York, New York
         January 3, 2020

Copy mailed to:
Ahmadou Sankara

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE