```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahmadou Sankara,

                Petitioner,

      –v–

Daniel Martuscellor, *et al.*

                Respondents.

18-cv-6308 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Petitioner's request for a 60-day extension to file objections to Magistrate Judge Fox's Report and Recommendation is hereby granted. Petitioner shall file objections no later than October 16, 2020.

    Because the Petitioner is proceeding *pro se*, the Court will mail a copy of this Order, along with a copy of Magistrate Judge Fox's Report & Recommendation, Dkt. No. 65, to the Petitioner, and note that mailing on the public docket.

    SO ORDERED.

Dated: August 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge