UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

Ahmadou Sankara,

                Petitioner,

      –v–

Daniel F. Martuscellor, Jr.,

                Respondent.

18-cv-06308 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 1, 2020 the Court received the attached motion from the Petitioner for reconsideration of Magistrate Judge Fox's denial of his request for appointment of counsel. Petitioner's request is DENIED. The Court grants Petitioner an extension of time to object to the Report and Recommendation until November 16, 2020. The Clerk of the Court is respectfully directed to mail a copy of the Report and Recommendation, dkt 65, and this Order to the Petitioner at the return address specified on the attached motion.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AHMADOU SANKARA, alien#097528851
        Petitioner,

v.

18-CV-6308 (AJN) (KNF)

**MOTION FOR APPOINT**

**COUNSEL UNDER 18 U.S.C.3006A**

DANIEL MARTUSCELLO,

WILLIAM P. BARR, United States
Attorney General,

THOMAS FEELEY, Field Office Director
For Detention and Removal, Buffalo Field
Office, Bureau of Immigration and
Customs Enforcement, and

JEFFREY SEARLS, Facility Director,
Buffalo Federal Detention Facility,
Respondents.

---

Hon ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

I AM RESPECTFULLY SUBMIT A MOTION TO THE COURT FOR RECONSIDERATION TO APPOINT ME A COUNSEL, PURSUANT TO 18 U.S.C.3006A. DUE TO COURT ORDER 8/8/2019. BECAUSE I WAS BEEN WRONGFULLY DEPORTED TO AFRICA WHILE MY CRIMINAL CASE IS STILL PENDING IN COURT WHICH CRIMINAL CASE CAUSE ME DEPORTED WHILE I AM INNOCENT. SEE PEOPLE V. SANKARA.2018 NY SLIP OP 00224. IAM UNABLE TO FIGHT MY CASE WHILE BEEN IN AFRICA.

I AM ALSO SENT MY CONSENT FORM PAPER SIGN SENT TO THE COURT WHICH FORM WAS SENT FROM THE COURT TO ME ON JUNE 23. 2020. AND I RECEIVE THE CONSENT TO ELECTRONIC SERVICE FORM ON SEP 7.2020. BUT I DID NOT YET RECEIVE COURT ORDER 5/28/2020.

2

AND I AM NOT YET RECEIVE COURT ORDER 8/17/2020. OR COURT ORDER 8/24/2020. I JUST GOOGLE MY CASE SANKARA V. MARTUSCELLOR ON THE PHONE NOT YET RECEIVE COURT DOCUMEMENTS REPORT AND RECOMMANDATION COURT ORDER DOCUMENT I AM RESPECTFULLY REQUESTING THE COURT TO APPOINT ME A COUNSEL UNDER FEDERAL RULE 18 U.S.C.3006A. SEE FULL MEMORANDUM OF LAW TO SUPPORT MY CASE

I NEED TO READ THE COURT REPORT AND RECOMMADATION BEFORE REPLY BECAUSE WITHOUT READ COURT REPORT AND RECOMMADATION DAY MAY 28. 2020. AND 8/17/2020.AND 8/24/2020. I WILL UNABLE TO REPLY PLEASE SEND ME BACK COURT REPORT AND RECOMMADATION DAY MAY 28. 2020. AND AUGUST 17.2020. WITH AUGUST 24.2020.ORDER TO BP 133 ANYAMA IVORY COAST UNDER DOCKET SANKARA V. BARR. 19-1771 WITH SANKARA V. BARR. 19-CV6308.

ROELL V.WITHROW. 123 S.CT.1696(2003).
28 U.S.C.§ 636, AND 28 U.S.C.§ 631
28 U.S.C.§ 636 (B) (1) (B)
JUDGE
28 U.S.C.§ 636 (B) (1) (B)

I CAN'T REPLY ABOUT ANY (EXPLANATION) ABOUT COURT REPORT AND RECOMMENDATION. I AM RESPECTFULLY REQUESTING COURT FOR TO APPOINT ME A COUNSEL WITH MORE EXTENSION. BECAUSE PENDING FALSE ARREST CRIMINAL CASE AND BECAUSE PLAINTIFF DEPORTED TO IVORY COAST, ADDRESS BP 133 IVORY COAST ANYAMA, CELL (+225) 45803614 / (+225) 69196887. THE RESPONDENTS SHOULD BE FAIR AND CALL ME FOR TO SETTLE THE FALSE ARREST WRONGFULLY IMPRISONMENT DAMAGE.

ORDERED EFFECTIVE APRIL 2, 2020, AND UNTIL FURTHER ORDER OF THE COURT, THE COURT WILL ACCEPT FILINGS VIA EMAIL FROM SELF-REPRESENTED, OR "PRO SE," LITIGANTS WITHOUT ELECTRONIC FILING PRIVILEGES. FILINGS BY PRO SE LITIGANTS SUBMITTED BY EMAIL MUST BE SENT TO TEMPORARY_PRO_SE_FILING@NYSD.USCOURTS.GOV,

SEE ATTACHED DOCUMENT CONSENT ELECTRONIC FORM SENT TO THE COURT SIGN ON SEPT 7. 2020L CONSENT TO RECEIVE ELECTRONIC SERVICE OF MY CASE ACTIVITY THROUGH NOTIFICATIONS SENT BY EMAIL FROM THE COURTS ELECTRONIC CASE FILING SYSTEM.

**James Gibbons**
Assistant U.S. Attorney
28 Liberty Street, 14 floor
New York New York 10005

**AHMADOU SANKARA**.alien#097528851
**BP 133 ANYAMA IVORY COAST**

**SEPT 7.2020**
**Respectfully Submitted**

**CELL PHONE 22569198887**

*Ahmadou Sankara pro se*



United States District Court
Southern District of New York
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

Civil case(s) filed in the Southern District of New York:

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

SANKARA V. MARIUSCELLOR, ET AL. 18-CV-6308

Name (Last, First, MI): SANKARA AHMADOU, ALIEN# 0975288514

Address: BP 133   City: ANYAMA   State: IVORY COAST   Zip Code:

Telephone Number: 2256919 8887   E-mail Address: SAANKARAAHMADOU@GMAIL.C[OM]

Date: SEP 7, 2020   Signature: *SANKARA AHMADOU*

Return completed form to:

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

SAANKARAAHMADOU @ GMAIL.COM