## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Ahmadou Sankara,

                Petitioner,                18 **CIVIL** 6308 (AJN)

    -against-                            **JUDGMENT**

Daniel F. Martuscellor, Jr., *et al.*,

                Respondents.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 19, 2020, the Court adopts Magistrate Judge Fox's recommendations in full and denies Petitioner's Petition for Writ of Habeas Corpus and Motion to Change Venue. Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).; accordingly, the case is closed.

**DATED:**  New York, New York
             November 19, 2020

                                                          **RUBY J. KRAJICK**
                                                              Clerk of Court
                                          BY:
                                                               Deputy Clerk