UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sankara,

               Plaintiff,

–v–

Martuscellor et al.,

               Defendants.

18-cv-6308 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Petitioner's Motion for Reconsideration. Dkt. No. 71. Defendants are ordered to file any opposition by April 8, 2022. Petitioner is ordered to file any reply by April 15, 2022.

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note the mailing on the docket.

    SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge