**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Ahmadou Sankara,

                Petitioner,                18 **CIVIL** 6308 (AJN)

     -against-                           **JUDGMENT**

Daniel F. Martuscellor, Jr. et al.,
                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2022, Petitioner's motion for reconsideration is denied. This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, so in forma pauperis status is denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
            May 31, 2022

                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**
          **BY:**
                                  *K. Mango*
                                  **Deputy Clerk**