USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ahmadou Sankara,<br><br>               Petitioner,<br><br>–v–<br><br>Daniel F. Martuscellor et al.,<br><br>               Respondents. | 18-cv-6308 (AJN)<br><br>ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court has received the attached filing from Petitioner Ahmadou Sankara, including a motion to set aside the judgment pursuant to Rule 60(b)(4)–(6) of the Federal Rules of Civil Procedure, as well as requests to "[r]esubmit[]" the motion and for the appointment of counsel. For the reasons that follow, his requests are DENIED.

    The Court denied Mr. Sankara's petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 19, 2020, *Sankara v. Martuscellor*, No. 18-CV-6308 (AJN), 2020 WL 6807079 (S.D.N.Y. Nov. 19, 2020) (Dkt. No. 70), and denied Mr. Sankara's prior Rule 60(b) motion on May 31, 2022, *Sankara v. Martuscellor*, No. 18-CV-6308 (AJN), 2022 WL 2119300 (S.D.N.Y. May 31, 2022) (Dkt. No. 79).

    As the Court explained in denying Mr. Sankara's prior Rule 60(b) motion, "Petitioner does not allege that the district court's decision is void, *see* Fed. R. Civ. P. 60(b)(4), or . . . is based on an earlier judgment that has been reversed or vacated, or that it can no longer be prospectively applied equitably, *see* Fed. R. Civ. P. 60(b)(5), so Petitioner must demonstrate that extraordinary circumstances warrant relief, to satisfy Rule 60(b)(6)." *Sankara*, 2022 WL

2119300, at *1 (cleaned up). Because Mr. Sankara's new filings also do not identify extraordinary circumstances warranting relief under Rule 60(b)(6), his motion must be denied. For the same reasons, Mr. Sankara has not shown that his claims are likely to be of substance, so his request for the appointment of counsel is denied. *See Bonie v. Annucci*, No. 19-CV-11822 (AJN) (DF), 2020 WL 1233555, at *1–2 (S.D.N.Y. Mar. 13, 2020).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Sankara and to note the mailing on the public docket.

SO ORDERED.

Dated: March 14, 2023
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

AHMADOU SANKARA, Alien,097-528-851

        Petitioner ,

           V.

DANIEL F. MARTUSCELLOR ,

        Respondents .

18 – CV- 6308 (AJN)
MOTION FOR
RESUMITTED

---

Hon. ALISON J NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK.

      Petitioner Ahmadou Sankara Respectfully Submitted a Motion To The Court. I Submitted a motion to the court since July 4, 2022, I never receive this court reply, I am Resubmitted same motion to the court on Feb 19, 2023, for the Record, for this criminal matter,

**CC: James F. Gibbons Office**

**Assistant Attorney General**

**New York. NY 10005**


CC ; To Second Circuit Court Of Appeals

    40 Foley Square  New York . N Y 10007

                                    Sankara Ahmadou
                                    BP 133 Anyama Ivory Coast

Feb 19, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMADOU SANKARA, Alien, 097-528-851

        Petitioner,

V.

DANIEL F. MARTUSCELLOR,

        Respondents.

18 – CV- 6308 (AJN)
MOTION FOR FEDERAL
CIVIL RULES 60 (b)(4)(6)

---

Hon. ALISON J NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK.

      Petitioner Ahmadou Sankara Respectfully Submitted a Motion To The Court For Federal Civil Procedure Rules 60 (b)(4)-(6), By Replly This Court Order Date 5/31/2022/. Petitioner he is Entitled To Federal Heabes Corpus Relief Under Federal Rule 60. Has Petitioner will Identify Extraordinary Circunstances Warrant Relief, has Alien entered to United States with Visa is Entitled for the United States Federal Court To appointed Attorney alien in civil criminal matter, but my motion for to Appoint me an A Attorney in Criminal Matter was denied by Magistrate Judge in Federal Court, This Court Should Review Petitioner s Legal Suffiency Factured Evdence, Petitioner s Weight of The Evidence Claim Are Cognizable on Heabeas Corpus Review, Petitioner Claim Against his Arresting Officers SEE Sankara V. O Hara, 15 CV 7761.

For This Court Order May 31, 2022, Background Due to This Court Hon Judge Allegation that, Petitioner Ahmadou Sankara Was Arrested in New York on March 6, 2015, For Procecessing For Three Forged Bank Cards, in convicted of three counts of second degree, The State District Attorney Misledy This Federal Couert, For Petitioner Arrest, See Sankara V O Hara, 15 CV 7761, For Petitioner False Arrest, due to US Fourth Amendment For Petitioner Arrest Unconstitution. And without any element of crime was precented for my conviction in state court, I am requesting this court to change the venue in get me back to U.S.A. In for this court look over full case under memorandum of law, Iam innocent and I was shoot in New York there are still two bollet inside my stomack im in stomack pain due to those two bollet, This Court Should Reconsidere And Grant Petitioner Heabes Corpus Motion Due to This Court Order May 31, 2022, Under Rule 60, For The Second Circuit Court Order Jan 27, 2022,

Under Docket, 20-3991, SEE: ." *Arizona v. California*, 460 U.S. 605, 619 (1983); We review de novo the application of *res judicata* principles. *TechnoMarine SA v. Giftports, Inc.*, 758 F.3d 493, 498 (2d Cir. 2014). "Under the doctrine of *res judicata*, or claim preclusion, a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action." *Id.* at 499 (internal quotation marks omitted). The doctrine does not apply, however, "if a party moves the rendering court in the same proceeding to correct or modify its judgment." *Arizona v. California*, 460 U.S. 605, 619 (1983); *see also Rezzonico v. H&R Block, Inc.*, 182 F.3d 144, 148 (2d Cir. 1999) ("Res *judicata* does not speak to direct attacks in the same case, but rather has application in subsequent actions.")

My prior criminal Conviction was '45 Days time serve without any crime comitted Unconstitutional, Im Eligible for re entered in USA. And my two childs Born in USA.

**SEE my medical record Gun Shot Won Exhibes Submitted to the Court  Im Victim of Crime; SEE US Attorney Submitted to the Court as Exhibes;**

**CC: James F. Gibbons Office**

**Assistant Attorney General**

**New York. NY 10005**

CC ; To Second Circuit Court Of Appeals

    40 Foley Square  New York . N Y 10007

                                          Sankara Ahmadou
                                          BP 133 Anyama Ivory Coast

JULY 4. 2022

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

AHMADOU SANKARA, Alien,097-528-851

                    Petitioner,

      V.

DANIEL F. MARTUSCELLOR,

                    Respondents.

18 – CV- 6308 (AJN)
MOTION FOR APPOINTMENT
OF ATTORNEY UNDER 28 U S C 3006A

---

Hon. ALISON J NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK.

      Petitioner Ahmadou Sankara Respectfully Submitted a MOTION FOR APPOINTMENT OF ATTORNEY UNDER 28 U S C 3006A Motion To The Court For Federal Civil Procedure Rules 60 (b)(4)-(6), By Reply This Court Order Date 5/31/2022/. Petitioner he is Entitled To Federal Heabes Corpus Relief Under Federal Rule 60. Has Petitioner will Identify Extraordinary Circumstances Warrant Relief, has Alien entered to United States with Visa is Entitled for the United States Federal Court To appointed Attorney alien in civil criminal matter, but my motion for to Appoint me an A Attorney in Criminal Matter was denied by Magistrate Judge in Federal Court, This Court Should Review Petitioner s Legal Suffiency Factured Evdence, Petitioner s Weight of The Evidence Claim Are Cognizable on Heabeas Corpus Review, Petitioner Claim Against his Arresting Officers

SEE Sankara V. O Hara, 15 CV 7761.
For This Court Order May 31, 2022, Background Due to This Court Hon Judge Allegation that, Petitioner Ahmadou Sankara Was Arrested in New York on March 6, 2015, For Procecessing For Three Forged Bank Cards, in convicted of three counts of second degree, The State District Attorney Misledy This Federal Couert, For Petitioner Arrest, See Sankara V O Hara, 15 CV 7761, For Petitioner False Arrest, due to US Fourth Amendment For Petitioner Arrest Unconstitution. And without any element of crime was precented for my conviction in state court, I am requesting this court to change the venue in get me back to U.S.A. In for this court look over full case under memorandum of law, Iam innocent and I was shoot in New York there are still two bollet inside my stomack im in stomack pain due to those two bollet,

This Court Should Reconsidere And Grant Petitioner Heabes Corpus Motion Due to This Court Order May 31, 2022, Under Rule 60, For The Second Circuit Court Order Jan 27, 2022, Under Docket, 20-3991, SEE: ." *Arizona v. California*, 460 U.S. 605, 619 (1983); We review de novo the application of *res judicata* principles. *TechnoMarine SA v. Giftports, Inc.*, 758 F.3d 493, 498 (2d Cir. 2014). "Under the doctrine of *res judicata*, or claim preclusion, a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action." *Id.* at 499 (internal quotation marks omitted). The doctrine does not apply, however, "if a party moves the rendering court in the same proceeding to correct or modify its judgment." *Arizona v. California*, 460 U.S. 605, 619 (1983); *see also Rezzonico v. H&R Block, Inc.*, 182 F.3d 144, 148 (2d Cir. 1999) ("Res *judicata* does not speak to direct attacks in the same case, but rather has application in subsequent actions.")


My prior criminal Conviction was '45 Days time serve without any crime comitted Unconstitutional, Im Eligible for re entered in USA. And my two childs Born in USA.

**SEE my medical record Gun Shot Won Exhibes Submitted to the Court  Im Victime of Crime; SEE US Attorney Submitted to the Court as Exhibes;**



**CC: James F. Gibbons Office**

**Assistant Attorney General**

**New York. NY 10005**


CC ; To Second Circuit Court Of Appeals

    40 Foley Square  New York . N Y 10007

                                         Sankara Ahmadou
                                         BP 133 Anyama  Ivory  Coast

JULY 4. 2022

AMHERST RADIOLOGY
6000 North Bailey Avenue
Suite 1B
Amherst, NY 14226



DIAGNOSTIC X-RAY SERVICE

JACOB WUERSTLE
President

Phone (716) 362-8775
(800) 964-XRAY (9729)
Fax (716) 362-8776
www.diagnosticxray.com

**Patient Name:** SANKARA, AHMADOU
**Date of Birth:** 7/18/1970
**Referring Physician:** QUINONES, CARLOS MD
**Referring Facility:** BUFFALO DETENTION CENTER INS
**A#:** 097528851
**Exam Type:** XRAY ABDOMEN AP (1 VIEW KUB/FLATPLATE)

**Date of Exam:** 7/17/2019 2:30:18 PM

Clinical: *R/O OBSTRUCTION*

Portable supine view of the lower chest, abdomen and the pelvis reveal the lung bases to be clear.

There is diffuse colonic ileus with large amount of fecal content throughout the colon generally. No radiopaque calculus is noted. Two shrapnel sequelae are noted; one in the mid left pelvis and one in the medial left lower quadrant of the abdomen.

The bony structures are intact.

**IMPRESSION:**
1. **Diffuse colonic ileus with marked diffuse constipation.**
2. **Shrapnel sequelae in the lower left portions as discussed above.**

Thank you for this kind referral.

Sincerely,

*ELECTRONIC SIGNATURE*

PAUL, DAVID MD
7/17/2019 3:57:48 PM

J.A.        7/17/2019 3:59:46 PM

*"The intelligent approach to diagnostic health care services"*

Re: People v. Futrell
Ind. No 02285/2021

Counselor

As you know, I am the assistant District Attorney assigned to the above-referenced case. The information below concerns police officer Liam Chavea, whom the People anticipate calling as a witness in the above-captioned case.

The above officers were listed as named defendants in the civil actions set forth below which are either pending or were settled with a stipulation of settlement.

Police officer Liam Chavea
-Chavea v. City of New York et all
NY CV 82336 pending

to the people that new dont to get plenty money they are sueing defendants motion

for hide

F.C.A. §§ 413, 416, 433, 438,
439, 440, 442-447, 471;Art.5-B

4-11a 12/2012

At a term of the Family Court of the
State of New York, held in and for
the County of New York, at 60
Lafayette Street, New York, NY
10013, on July 11, 2016

PRESENT:   Kevin Mahoney, Support Magistrate

In the Matter of a Support Proceeding

Ahmadou Sankara, SSN: XXX-XX-6299,
                                            Petitioner,
    - against -

Commissioner of Social Services, O/B/O
Keita Tiguidanke,
                            Assignor.

File #:      177993
Docket #:   F-16489-12/16A

CSMS #:   NX29892A1

**ORDER MODIFYING AN
ORDER OF SUPPORT**

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT. YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE, BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR PERSONAL PROPERTY LIENS.

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

**Obligation Summary**

|  | Keita Tiguidanke | Ahmadou Sankara | Method |
|---|---|---|---|
| Basic Payment |  | $0.00 weekly | SCU |

Ahmadou Sankara filed a petition in this Court on May 5, 2016 seeking to modify an order, dated December 10, 2012, made by the New York County Family Court which granted support for:

| Name | Date of Birth | Social Security Number |
|---|---|---|
| Mahawa A Sankara | November 5, 2006 |  |
| Nourdine C Sankara | November 4, 2003 |  |

Commissioner of Social Services appeared before this Court to answer the petition, and the unrepresented parties, if any, were advised by the Court of the right to counsel;

000165